IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**MICHAEL ADAMS**                                                                 **PETITIONER**

VS.                          **CASE NO. 2:09CV00028 JMM/HDY**

**T.C. OUTLAW, WARDEN,**                                                **RESPONDENT**

**ORDER**

In his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, Michael Adams advances one straightforward claim for relief – that he should receive credit toward his federal sentence because his state parole was never revoked. (Docket entry no. 2, page 5). The respondent agrees that the petition is properly brought pursuant to 28 U.S.C. § 2241, agrees that Mr. Adams' state parole was never revoked, and agrees that the Bureau of Prisons erred in not crediting him for 423 days served in a Louisiana state jail. The respondent continues:

> Based upon the Bureau of Prisons' initial error, Petitioner had a projected release date of December 30, 2011. Petitioner has now been given credit for 423 days of time served in Louisiana jail confinement. After being given this credit, Petitioner has a projected release date of November 2, 2010. . .
> Petitioner has now been given the jail time credit sought in his petition. This being the case, the issue is moot. Under Article III of the Constitution, Federal courts may adjudicate only actual, on-going cases or controversies. *Missouri v. Craig*, 163 F. 3d 482, 484 (8 Cir. 1998); *Minnesota v. Hoeven*, 456 F. 3d 826, 831-832 (8th Cir. 2006). This petition should be dismissed as moot.

(Docket entry no. 9, page 2).

We agree that the relief sought by the petitioner has been granted. As a result, the motion of the respondent to dismiss for mootness is granted.

IT IS SO ORDERED this 13th day of May, 2009.

                                                                                                        _____
                                                                                                        UNITED STATES DISTRICT JUDGE