IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**MICHAEL ADAMS**                                                                 **PETITIONER**

VS.                         CASE NO. 2:09CV00028 JMM/HDY

**T.C. OUTLAW, WARDEN,**                                                **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought by the petitioner has been granted, and the case is moot.

IT IS SO ORDERED this <u>13th</u> day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE